# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| TROY D. HOLLINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-CV-281-RLJ-CHS ) |
| JEFF CASSIDY and SULLIVAN COUNTY JAIL, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 2] is **DENIED**, Plaintiff is **ASSESSED** the filing fee of $400.00, the custodian of Plaintiff's inmate trust account is **DIRECTED** to submit payments toward the filing fee in the manner set forth in the memorandum opinion, and this prisoner pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk is **DIRECTED** to provide a copy of the memorandum opinion and this order to the custodian of inmate trust accounts at Plaintiff's current facility and the Court's financial deputy.

Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT